IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**UNITED STATES OF AMERICA**

**vs.**                                                    **CASE NO. 1:10-cr-24-SPM**

**EUGENIA YVONNE HUGHES-HOLT,**

    **Defendant.**

_____/


## ORDER

The Court has been in formed that the restitution hearing, presently set for July 27, 2011, is no longer necessary, as the Parties have reached an agreement resolving restitution issues. Accordingly, it is hereby ORDERED AND ADJUDGED that the restitution hearing is cancelled and sentencing in this matter is rescheduled for July 27, 2011, at 10:00 a.m.

    **DONE AND ORDERED** this underline twenty-first day of July, 2011.

                           *s/ Stephan P. Mickle*
                           Stephan P. Mickle
                           Senior United States District Judge